UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA,

- against -

JUNIOR MARMOL DURAN,

Defendant.

– – – – – – – – – – – – – – – – – – X

FINAL ORDER OF FORFEITURE

23-CR-243 (MKB)

WHEREAS, on or about January 4, 2024, Junior Marmol Duran (the "defendant"), entered a plea of guilty to Counts One and Two of the above-captioned Information, charging violations of 18 U.S.C. §§ 2119 and 924(c)(1)(A)(ii); and

WHEREAS, on August 16, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title and interest in following assets, all seized by law enforcement on or about November 22, 2022, in Queens, New York (collectively, the "Seized Firearm and Ammunition"):

(i) one 9mm tan semi-automatic handgun with no serial number;

(ii) one black PMAG magazine; and

(iii) eight 9mm cartridges,

are forfeitable to the United States, pursuant to 18 U.S.C. §§ 924(d)(1) and 982(a)(5), and 28 U.S.C. § 2461(c), as (a) any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of the defendant's violation of 18 U.S.C. § 2119; (b) any firearm or ammunition involved in or used in any violation of any

other criminal law of the United States; (c) any firearm or ammunition involved in or used in the defendant's knowing violation of 18 U.S.C. § 924; and/or (d) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 18 U.S.C. § 982(b)(1);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning March 13, 2026, through and including April 11, 2026 (Docket No. 83); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Firearm and Ammunition and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 924(d)(1), 982(a)(5), 982(b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Seized Firearm and Ammunition are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Firearm and Ammunition in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail two (2) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Erik Hertel, FSA Paralegal, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
September 8, 2026

SO ORDERED:

S/MKB

HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK